■ WILLIAMS OIL CO., INC., Respondent, v MERCER'S KWIK STOP FOOD STORES, INC., Appellant. (Appeal No. 2.) [621 NYS2d 981] —Appeal unanimously dismissed without costs *(see,* CPLR 5501 [a] [1]; *Jema Props. v McLeod,* 51 AD2d 702). (Appeal from Order of Oneida County Court, Buckley, J.— Eviction.) Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.

■ CONSTANCE HOLT, Appellant, v XEROX CORPORATION, Respondent. [621 NYS2d 1014] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Wisner, J. (Appeal from Order and Judgment of Supreme Court, Monroe County, Wisner, J.—Summary Judgment.) Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.

■ In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v CECELIA M. MORETTE, as Executrix of VINCENT S. MORETTE, Deceased, Respondent. [621 NYS2d 1014] —Petition unanimously granted without costs. Memorandum: In this proceeding commenced pursuant to Executive Law § 298, petitioner seeks an order enforcing the order of the Commissioner of the State Division of Human Rights dated August 20, 1991. Respondent has not controverted the allegation that she failed to comply with the Commissioner's order and has not indicated that she will comply. We conclude, therefore, that an enforcement order is warranted *(see, Bethlehem Steel Corp. v New York State Div. of Human Rights,* 36 AD2d 898, 899). (Executive Law § 298 Proceeding Transferred by Order of Supreme Court, Erie County, Wolfgang, J.) Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.